IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES LEGGINS                                                                                          PLAINTIFF

v.                              Civil No. 6:14-cv-06103-SOH-BAB

CORRECTIONAL MEDICAL
SERVICES, ET. AL.                                                                                   DEFENDANTS

## ORDER

Plaintiff, James Leggins, proceeds in this section 1983 matter *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Voluntarily Dismiss Six Defendants. ECF. No. 43. Plaintiff seeks to dismiss Defendants Corizon, LLC, Correctional Medical Services, Correct Care Solutions, James Pratt, Andrea Beasley, and Rory Griffin. Defendants Beasley, Corizon, Correct Care, Correctional Medical Services, James Pratt, Ray, and Vowell filed a response stating they did not object to these dismissals. ECF No. 44. Defendant Griffin also filed a response, stating he did not object to these dismissals. ECF No. 45.

Accordingly, the Clerk is **DIRECTED** to treat this as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and **DISMISS** Defendants Corizon, LLC; Correctional Medical Services; Correct Care Solutions; James Pratt; Andrea Beasley; and Rory Griffin from this case without prejudice. Further, the Clerk is **DIRECTED** to terminate the pending Motions to Dismiss from Defendant James Pratt (ECF No. 17), Defendant Corizon (ECF No. 19), and Defendant Correctional Medical Services (ECF No. 21.)

**IT IS SO ORDERED** this 11th day of January 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE