IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES LEGGINS                                                                                    PLAINTIFF

v.                                            Civil No. 6:14-CV-6103

DR. VOWELL, *et al.*                                                                        DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed February 16, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 55. Judge Bryant recommends that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1) and ECF No. 58. Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 37) is **DENIED**.

**IT IS SO ORDERED**, this 29th day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge